**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-CV-00021-REB-PAC

ETTA B. NOVOTNY and
EDWARD G. NOVOTNY,

    Plaintiffs,

v.

UNITED STATE OF AMERICA and
COLORADO STATE GOVERNMENT,

    Defendants.

**ORDER RE: UNITED STATES' MOTION FOR RELIEF**
**FROM ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**

**Blackburn, J.**

The matter before me is the United States' Motion for Relief From Order Granting Plaintiff's Motion to Remand [#24], filed August 4, 2005. By this motion, the government asks me to reconsider my order granting plaintiffs' motion to remand this case to state court. Regardless of its merits, I am without authority to consider the motion. The removal statute provides that "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal *or otherwise*." 28 U.S.C. § 1447(d) (emphasis added). "Where the order is based on one of the enumerated grounds [in 28 U.S.C. § 1447(c)], review is unavailable no matter how plain the legal error in ordering the remand." **Briscoe v. Bell**, 432 U.S. 404, 413 n.13, 97 S.Ct. 2428, 2433 n.13, 53 L.Ed.2d 439 (1977). **See also Maggio Enterprises, Inc. v. Hartford Casualty Insurance Co.**, 132 F.Supp.2d 930, 930-31 (D. Colo. 2001); **Aetna U.S.**

***Healthcare, Inc. v. Hoechst Aktiengesellschaft***, 67 F.Supp.2d 1242, 1246 (D. Kan. 1999); 14C C. WRIGHT, A. MILLER, & E. COOPER, **FEDERAL PRACTICE AND PROCEDURE** § 3739 (1998).  I, therefore, lack jurisdiction to consider the government's request for relief.

**THEREFORE, IT IS ORDERED** that the United States' Motion for Relief From Order Granting Plaintiff's Motion to Remand [#24], filed August 4, 2005, is **DENIED**.

Dated September 6, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge